# UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

EASTERN DISTRICT OF CALIFORNIA
CASE NO. 5:15-mj-00029-JLT

UNITED STATES OF AMERICA
v.
DIANA MARIE MILLER

*WARRANT FOR ARREST*

CASE NUMBER: **1:15-cr-072-BLW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DIANA MARIE MILLER** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. §§ 846, 841(a)(1) AND (b)(1)(C) CONSPIRACY TO DISTRIBUTE OXYCODONE



United States Courts
District of Idaho
**ISSUED**
Carrie Smith
on May 14, 2015 10:24 am

Carrie Smith, Deputy Clerk
Name and Title of Issuing Officer

May 14, 2015
Date

**RETURN**

This warrant was received _____ and executed with the arrest of the above-named individual at _____.

_____
Signature of Arresting Officer

_____
Date of Arrest

_____
Name & Title of Arresting Officer

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
KENNETH W. MILLER

*WARRANT FOR ARREST*

CASE NUMBER: **1:15-cr-072-BLW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **KENNETH W. MILLER** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. §§ 846, 841(a)(1) AND (b)(1)(C) CONSPIRACY TO DISTRIBUTE OXYCODONE



United States Courts
District of Idaho
**ISSUED**
Carrie Smith
on May 14, 2015 10:50 am

Carrie Smith, Deputy Clerk
Name and Title of Issuing Officer

May 14, 2015
Date

**RETURN**

This warrant was received _____ and executed with the arrest of the above-named individual at _____.

_____
Signature of Arresting Officer

_____
Date of Arrest

_____
Name & Title of Arresting Officer

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CRYSTAL A. CLARK | *WARRANT FOR ARREST*<br><br>CASE NUMBER: **1:15-cr-072-BLW** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CRYSTAL A. CLARK** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

21 U.S.C. §§ 846, 841(a)(1) AND (b)(1)(C) CONSPIRACY TO DISTRIBUTE OXYCODONE



United States Courts
District of Idaho
**ISSUED**
Carrie Smith
on May 14, 2015 10:52 am

| | |
|---|---|
| <u>Carrie Smith, Deputy Clerk</u><br>Name and Title of Issuing Officer | <u>May 14, 2015</u><br>Date |

**RETURN**

This warrant was received _____ and executed with the arrest of the above-named individual at _____.

_____   _____
Signature of Arresting Officer          Date of Arrest

_____
Name & Title of Arresting Officer

WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:

U.S. COURTS

MAY 13 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL KULIKOFF,
DIANA MARIE MILLER,
KENNETH W. MILLER, and
CRYSTAL A. CLARK,

Defendants.

Case No. 15-CR-00072-BLW

SUPERSEDING INDICTMENT

21 U.S.C §§ 846, 841(a)(1) and (b)(1)(C)
21 U.S.C. § 853

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Oxycodone
21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C)**

Beginning in or about March 2014 and continuing to on or about March 10, 2015, in the District of Idaho and elsewhere, the defendants MICHAEL KULIKOFF, DIANA MARIE MILLER, KENNETH W. MILLER and CRYSTAL A. CLARK, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other

INDICTMENT - 1

persons known and unknown to the Grand Jury, to commit the following offenses against the United States: distribution of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### Distributing Oxycodone and Hydromorphone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about October 20, 2014 through on or about October 23, 2014, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone and hydromorphone, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

### Distributing Oxycodone and Hydromorphone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about November 4, 2014 through on or about November 15, 2014, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone and hydromorphone, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR

### Distributing Oxycodone and Hydromorphone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about December 6, 2014, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone and

hydromorphone, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE

### Distributing Oxycodone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on about December 12, 2014 through on or about December 16, 2014, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX

### Distributing Oxycodone and Hydromorphone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about December 22, 2014 through on or about December 26, 2014, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone and hydromorphone, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN

### Distributing Oxycodone and Hydromorphone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about January 5, 2015 through on or about January 12, 2015, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone and hydromorphone, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT

### Distributing Oxycodone and Hydromorphone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about January 15, 2015 through on or about January 17, 2015, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone and hydromorphone, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT NINE

### Distributing Oxycodone and Hydromorphone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about January 18, 2015 through on or about January 22, 2015, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone and hydromorphone, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TEN

### Distributing Oxycodone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about January 30, 2015 through on or about February 12, 2015, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT ELEVEN

### Distributing Oxycodone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

From on or about February 21, 2015, in the Districts of Idaho and Eastern California, the defendant, MICHAEL KULIKOFF, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C § 853

As a result of the violations of Title 21, United States Code, Section 841, as charged herein, MICHAEL KULIKOFF, DIANA MARIE MILLER, KENNETH W. MILLER and CRYSTAL A. CLARK, defendants herein, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the foregoing offenses; any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses; these interests include, but are not limited to, the defendants' interests in the properties described below:

A. **Cash Proceeds**: $15,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constitutes proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently

expended, spent, distributed or otherwise disposed of by the defendants, to which they are jointly and severally liable.

B.  **Substitute Assets**: If any properties and interests described above as being subject to forfeiture, as a result of any action or omission of the defendants above named:

1. Cannot be located upon the exercise of due diligence;
2. Has been transferred or sold to, or deposited with, a third person;
3. Has been placed beyond the jurisdiction of the Court;
4. Has been substantially diminished in value; or
5. Has been commingled with other property which cannot be subdivided without difficulty; it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable properties and interest herein, to which they are jointly and severally liable.

Dated this 12 day of May, 2015.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
CHRISTIAN S. NAFZGER
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 6